O'HARE PARNAGIAN LLP
Robert A. O'Hare Jr. (RO 6644)
82 Wall Street, Suite 300
New York, NY 10005-3686
(212) 425-1401
(212) 425-1421 (facsimile)

Attorneys for Plaintiff AESYS Technologies, L.L.C.

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AESYS TECHNOLOGIES, L.L.C.,

                    Plaintiff,

-against-

CONTINENTAL INSURANCE COMPANY,

                    Defendant.
------------------------------------------------------------x

No.
ECF CASE

**Rule 7.1 Statement**

'07 CIV 4796
JUDGE CROTTY

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff AESYS Technologies, L.L.C. ("AESYS") certifies that AESYS has no parent corporation and that no publicly held corporation owns 10% or more of AESYS' stock.

Dated: New York, New York
        June 5, 2007

O'HARE PARNAGIAN LLP

*[signature]*

Robert A. O'Hare (RO 3686)
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (facsimile)

Attorneys for Plaintiff
AESYS Technologies, L.L.C.