O'HARE PARNAGIAN LLP
Robert A. O'Hare Jr. (RO 6644)
82 Wall Street, Suite 300
New York, NY 10005-3686
(212) 425-1401
(212) 425-1421 (facsimile)

Attorneys for Plaintiff AESYS Technologies, L.L.C.

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AESYS TECHNOLOGIES, L.L.C.,

       Plaintiff,

  -against-

CONTINENTAL INSURANCE COMPANY,

       Defendant.
------------------------------------x

No. 07 CV 4796 (PAC)
ECF CASE

**AFFIDAVIT OF SERVICE**

KEVIN BERKEMEYER, being duly sworn, deposes and says:

1. I am over the age of 18 years and not a party to this action.

2. Charles A. Booth, Esq. of the law firm of Ford Marrin Esposito Witmeyer & Gleser, L.L.P., counsel for defendant Continental Insurance Company, agreed to accept service of process in the above-captioned action on behalf of defendant Continental Insurance Company.

3. On June 7, 2007, I served true copies of the **SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING,**

**AND USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING** by personally delivering the same to the person named below:

> Charles A. Booth, Esq.
> FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
> Wall Street Plaza
> 88 Pine Street
> New York, NY 10005-1875
>
> Attorneys for Continental Insurance Company

_____
KEVIN BERKEMEYER

Sworn to before me this
7th day of June, 2007

_____
Notary Public

Melissa E. Salvado
Notary Public, State of New York
Reg. No. 01SA6136406
Qualified in New York County
Commission Expires November 7, 20__

2