| JAMES M. ADRIAN | FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P. | PATRICK J. BERNAL |
| --- | --- | --- |
| MICHAEL L. ANANIA | WALL STREET PLAZA | HENRY B. BROWNSTEIN* |
| DAVID A. BEKE | NEW YORK, N.Y. 10005-1875 | ALFRED L. D'ISERNIA |
| CHARLES A. BOOTH | | MATTHEW C. FERLAZZO |
| CUSHING O. CONDON | 212-269-4900 | SETH B. GOLDBERG* |
| JOSEPH D'AMBROSIO | TELECOPIER 212-344-4294 | JON R. GRABOWSKI |
| ELIZABETH M. DECRISTOFARO | | ALEXANDER G. HENLIN |
| THOMAS R. ESPOSITO | | KELLI M. KEENAN |
| WILLIAM P. FORD | | ANDREW I. MANDELBAUM |
| STUART C. LEVENE | | JOHN C. MARLER |
| EDWARD M. PINTER | | KYLE M. MEDLEY |
| MICHAEL J. TRICARICO | | MICHAEL MORANO |
| JOHN J. WITMEYER III | | LYNNE S. NISSEN |
| | | MELISSA A. PENNINGTON |
| RICHARD B. MARRIN | | ANTHONY PRESTA |
| OF COUNSEL | | MICHAEL E. SIMS |
| | | ADRIAN M. SZENDEL |
| JODY M. TAWFIK | | |
| COUNSEL | | 546 VALLEY ROAD |
| | | UPPER MONTCLAIR N.J. 07043 |
| VICTOR G. GLESER | | 973-744-3700 |
| (1979-1992) | | TELECOPIER 973-509-1585 |
| | | *NOT ADMITTED IN NY |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 7 2007

June 26, 2007

June 27, 2007
Application **GRANTED**
SO Ordered
/s/ Paul Crotty
USDJ.

**BY FACSIMILE**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *AESYS Technologies, L.L.C. v. Continental Insurance Co.*
     No. 07 CIV 4796 (PAC) (S.D.N.Y.)

Dear Judge Crotty:

  The parties in the above-referenced action have agreed that Defendant Continental Insurance Company will have an extension of two weeks to answer the complaint. The answer will now be filed by July 11, 2007. Please contact me if you have any questions regarding this matter before the Court.

                Respectfully submitted,

                John C. Marler
                *Attorney for Defendant*

  cc: Christopher P. Parnagian, Esq., *Attorney for Plaintiff*

**MEMO ENDORSED**