UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AESYS TECHNOLOGIES, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> CONTINENTAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 07-CIV-4796 (PAC) <br> ECF Case <br><br> **RULE 7.1 STATEMENT** |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Continental Insurance Company, by and through its attorneys, hereby certifies that Continental Insurance Company is a wholly-owned subsidiary of CNA Financial Corporation, a publicly-held corporation formed in 1967. Loews Corporation, a publicly-held corporation, holds 90.02% of the voting stock of CNA Financial Corporation.

Dated: New York, New York
      July 11, 2007

                                                Respectfully submitted,

                                                _/s/_____
                                                John C. Marler (JM1975)
                                                FORD MARRIN ESPOSITO
                                                  WITMEYER & GLESER, L.L.P.
                                                Wall Street Plaza
                                                New York, NY 10005-1875
                                                (212) 269-4900
                                                (212) 344-4294 (facsimile)

                                                *Attorney for Defendant*

153776v1