```
                                              ┌─────────────────────────────┐
                                              │ USDS SDNY                   │
                                              │ DOCUMENT                    │
                                              │ ELECTRONICALLY FILED        │
                                              │ DOC #: _____     │
                                              │ DATE FILED:  JUL 2 6 2007   │
                                              └─────────────────────────────┘
```

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AESYS TECHNOLOGIES, L.L.C.,

                               Plaintiff,

      -against-

CONTINENTAL INSURANCE COMPANY,

                               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07 Civ. 4796 (PAC)
ECF CASE

**STIPULATION**
**OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their undersigned counsel, that this action be and hereby is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii). *The 7/30/07 IPTC is cancelled.*

Dated: New York, New York
       July 24, 2007

O'HARE PARNAGIAN LLP

_____
Robert A. O'Hare (RO 3686)
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (facsimile)

*Attorneys for Plaintiff*

FORD MARRIN ESPOSITO
WITMEYER & GLESER, L.L.P.

_____
John C. Marler (JM 1975)
Wall Street Plaza
New York, NY 10005
(212) 269-4900
(212) 344-4292 (facsimile)

*Attorneys for Defendant*

SO ORDERED 7/26/07

_____
Paul A. Crotty
United States District Judge